**KATHY A. DOCKERY**
**CHAPTER 13 TRUSTEE**
**801 S. FIGUEROA ST., STE. 1850**
**Los Angeles, CA 90017**
**Tel:    213-996-4400**
**Fax:   213-996-4426**
**Email: akoyama@latrustee.com**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| IN RE: | CASE NO: 2:21-bk-14640-SK |
| | CHAPTER 13 |
| MOHAMED NAYEF MOHSEN, | **STIPULATION REVESTING TO THE DEBTOR THE CHAPTER 13 BANKRUPTY ESTATE'S INTEREST IN THE MONETARY SETTLEMENT FROM THE CLASS ACTION LAWSUIT FOR THE PORTER RANCH GAS LEAK TO THE LIMIT OF THE SCHEDULE C EXEMPTION IN THE AMOUNT OF $29,275.00** |
| DEBTOR. | |
| | [NO HEARING REQUIRED] |

**TO THE HONORABLE SANDRA R. KLEIN, UNITED STATES BANKRUPTCY JUDGE AND ALL OTHER PARTIES IN INTEREST:**

COMES NOW, MOHAMED NAYEF MOHSEN ("Debtor") by and through his undersigned attorney and the Chapter 13 Trustee, Kathy A. Dockery ("Trustee") by and through her undersigned attorney, who hereby stipulate to revest to the Debtor his financial recovery from the settlement

1

1  proceeds of the class action lawsuit for the Porter Ranch Gas Leak to the limit of the $29,275.00

2  exemption claimed on amended schedule C as more fully set forth in detail below.

### RECITALS

1. The Debtor's plan was confirmed on September 23, 2021.

2. On March 10, 2023, the Debtor was informed via email that he will be receiving funds from the settlement of the class action lawsuit for the Porter Ranch Gas Leak in the gross amount of $64,624.78.  The gravamen of the lawsuit lies in personal injury.  The gross recovery will be reduced by fees and expenses which include but are not limited to a common benefit fund fee, 40% attorney fees, attorney case expenses, lien resolution and other fees and expenses.

3. On May 18, 2023, the Debtor filed an amended schedule C exempting the financial recovery from the settlement of the class action lawsuit in the amount of $29,275.00 pursuant to California Code of Civil Procedure §703.140(b)(11)(E) Personal Injury Exemption.   [See Docket Entry No. 63.]

4. The Trustee has no objection to the exemption claimed for the settlement funds from the class action lawsuit.

5. Although the Debtor has exempted this asset, the class action administrator requires a court order authorizing the direct payment of the settlement funds to the Debtor up to the limit of the claimed exemption.  Therefore, the Debtor and the Trustee have entered into this stipulation to facilitate the disbursement of the class action lawsuit settlement proceeds directly to the Debtor.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

## STIPULATION

WHEREFORE, IT IS HEREBY STIPULATED AS FOLLOWS:

1. The Debtors' interest in the settlement arising from the class action lawsuit for the Porter Ranch Gas Leak is revested to the Debtor pursuant to 11 U.S.C. § 1327(b) limited by the exempted amount of $29,275.00 pursuant to California Code of Civil Procedure §703.140(b)(11)(E) Personal Injury Exemption;

2. All other property shall remain property of the estate pursuant to the confirmed plan;

3. The class action case administrator or any other individual who is tasked with disbursing the settlement proceeds to the Debtor is authorized to disburse those funds directly to the Debtor up to the amount of $29,275.00. Any amount above $29,275.00 shall be disbursed directly to the Trustee;

4. This Stipulation and Agreement is entered into voluntarily by the Debtors with full knowledge of the circumstances set forth herein;

5. This Agreement may not be modified except in writing and signed by the parties hereto.

**IT IS SO STIPULATED.**

DATED: 6/08/23

_____
AKIHITO KOYAMA, STAFF ATTORNEY
FOR CHAPTER 13 TRUSTEE
KATHY A. DOCKERY

DATED: 6/8/23

_____
KEVIN T. SIMON, ATTORNEY FOR DEBTOR