| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | KATHY A. DOCKERY<br>CHAPTER 13 TRUSTEE<br>801 S. FIGUEROA STREET, STE. 1850<br>LOS ANGELES, CA 90017<br>PHONE: (213) 996-4400<br>FAX: (213) 996-4426 | **FILED & ENTERED**<br><br>**JUN 09 2023**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** may     **DEPUTY CLERK** |

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| IN RE: | CASE NO: 2:21-bk-14640-SK |
| | CHAPTER 13 |
| MOHAMED NAYEF MOHSEN, | ORDER APPROVING STIPULATION REVESTING TO THE DEBTOR THE CHAPTER 13 BANKRUPTCY ESTATE'S INTEREST IN THE MONETARY SETTLEMENT FROM THE CLASS ACTION LAWSUIT FOR THE PORTER RANCH GAS LEAK TO THE LIMIT OF THE SCHEDULE C EXEMPTION IN THE AMOUNT OF $29,275.00 |
| DEBTOR. | |
| | [NO HEARING REQUIRED] |

The Court having reviewed the Stipulation Revesting to the Debtor the Chapter 13 Bankruptcy Estate's Interest in the Monetary Settlement from the Class Action Lawsuit for the Porter Ranch Gas Leak to the Limit of the Schedule C Exemption in the Amount of $29,275.00 (dkt.64 the "Stipulation") and good cause appearing,

//

//

//

1

IT IS HEREBY ORDERED:

    The Stipulation is approved.

###

Date: June 9, 2023

Sandra R. Klein
United States Bankruptcy Judge